JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD J. VOLIS, | CASE NO. CV 13-01397 MMM (SPx) |
| Plaintiff, | |
| vs. | JUDGMENT FOR DEFENDANTS |
| HOUSING AUTHORITY OF THE CITY OF LOS ANGELES EMPLOYEES: DOUGLAS GUTHRIE, PETER LYNN, ANGELA ADAMS, CHRISTINE McKINNEY, RODRICK JEAN-CHARLES, JOHN STEVENSON, JACKIE LOZANO, MARTHA RAMIREZ, JOSEPH NGUYEN, KARLA ALAS, SANDRA CHAVEZ, WENDY CLAYTON, DANNY CALDRON, MS. STERLING, WENDY ORTIZ, | |
| Defendants. | |

On May 29, 2014, the court entered an order granting defendants' motion to dismiss. Accordingly,

    IT IS ORDERED AND ADJUDGED

    1. That plaintiff take nothing by way of his complaint; and

    2. That the action be, and it is hereby, dismissed.

DATED: May 29, 2014

                                          MARGARET M. MORROW
                                          UNITED STATES DISTRICT JUDGE